KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 498-8398

Attorney for Petitioner/Movant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S. 96-088 GEB DAD |
| Plaintiff/Respondent, | |
| v. | **ORDER** |
| CALS IFENATUORA, | |
| Defendant/Movant. | |

In light of the stipulation of the parties and good cause appearing, the evidentiary hearing currently set for January 9, 2012, is vacated and reset for February 6, 2012, at 9:00 a.m.

IT IS SO ORDERED.

DATED: November 7, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\prisoner-habeas
ifenatuorah88.eh.stip.reset