IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff/Respondent, | No. CR S-96-0088 GEB DAD P |
| vs. | |
| CALS INFENATUORA | <u>ORDER</u> <u>AND</u> |
| Defendant/Movant. | <u>WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u> |

WHEREFORE, CALS IFENATUORAH (A026593538), petitioner in the above-entitled matter, is confined in the Irwin County Detention Center, 132 Cotton Drive, Ocilla, Georgia, 31774, in the custody of Field Director Felicia Skinner of the Department of Homeland Security/Immigration and Customs Enforcement; in order to secure the attendance of said inmate at the proceeding, and to afford him an opportunity to be advised by counsel prior to the proceeding, it is necessary that a Writ of Habeas Corpus ad Testificandum be issued commanding said Field Director to produce said inmate and that the United States Marshals Service transport said inmate to the Sacramento County Jail in Sacramento, California, by January 20, 2012, at 9:00 a.m., in order that said prisoner may meet and consult with his attorney, Krista Hart, and further to

1

produce said prisoner in said Court, Courtroom #27, at the Federal Courthouse, 501 "I" Street, Sacramento, California, on February 6, 2012, at 9:00 a.m., in order that said prisoner may respond to and answer such questions as may be propounded to him during the course of the evidentiary hearing in said case;

ACCORDINGLY, IT IS ORDERED THAT:

1. A Writ of Habeas Corpus Testificandum issue, under the seal of this court, commanding said Field Director to produce said inmate and that the United States Marshals Service transport said inmate to the Sacramento County Jail in Sacramento, California, by January 20, 2012, at 9:00 a.m., in order that said prisoner may meet and consult with his attorney, Krista Hart, and other members of the habeas team representing him, and further to produce said prisoner in said Court, Courtroom #27, at the Federal Courthouse, 501 "I" Street, Sacramento, California, on February 6, 2012, at 9:00 a.m., in order that said prisoner may respond to and answer such questions as may be propounded to him during the course of the evidentiary hearing in said case, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The Field Director is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the U.S. Marshals Service.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: **Field Director Felicia Skinner, Department of Homeland Security/Immigration and Customs and Enforcement, Irwin County Detention Center, 132 Cotton Drive, Ocilla, Georgia, 31774:**

/////

1     **WE COMMAND** you to produce CALS IFENATUORAH (A026593538)
2 to allow the United States Marshals Service to transport inmate to Sacramento
3 County Jail in Sacramento, California, to consult with his attorney and his
4 attorney's staff at the Sacramento County Jail, by January 20, 2012, at 9:00 a.m.,
5 and to testify before the United States District Court, Courtroom #27, at the
6 Federal Courthouse, 501 "I" Street, Sacramento, California, on February 6, 2012,
7 at 9:00 a.m., and from day to day until completion of the proceedings or as ordered
8 by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

DATED: December 21, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
ifen0088.writ

3