IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent,<br><br>    v.<br><br>CALS IFENATUORAH,<br><br>    Defendant/Movant.<br>_____ | No. Cr.S. 96-088 GEB DAD<br><br><u>ORDER</u> |

**GOOD CAUSE APPEARING** and for the reasons stated in the stipulation submitted by the parties, the evidentiary hearing currently set for February 6, 2012, is vacated and reset to April 23, 2012. Counsel for Mr. Ifenatuorah is ordered to prepare and submit a writ of habeas corpus testificandum by January 27, 2012.

DATED: January 23, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1:habeas
ifen0088.order.2.wpd