IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff/Respondent,<br>v.<br><br>CALS IFENATUORAH,<br>Defendant/Movant. | ) | No. 2:96-cr-088 GEB DAD P<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that Cals Ifenatuorah is released from the writ of habeas corpus ad testificandum issued on February 13, 2012. The US Marshals Service is directed to transport Mr. Ifenatuorah back to the custody of Felecia Skinner of Immigrations and Customs Enforcement at the Irwin County Detention Center at 134 Cotton Drive, in Ocilla, Georgia.

DATED: June 29, 2012.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.habeas
ifen0088.writ.release.ord