```
1  BENJAMIN B. WAGNER
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2738
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-96-0088-GEB DAD |
|---|---|
| Plaintiff/Respondent, | ) |
| | ) **ORDER REGARDING BRIEFING** |
| v. | ) **SCHEDULE** |
| | ) |
| CALS IFENATOURA, | ) Hearing Date: None |
| | ) Judge: Hon. D.A. Drozd |
| Defendant/Movant. | ) |
| | ) |

**STIPULATION**

Plaintiff/respondent United States of America and defendant/movant Ifenatuora, by and through their counsel of record, hereby stipulate as follows:

1. The Court previously ordered defendant to file his post-evidentiary opening brief by July 6, 2012 and the government to file its brief by July 27, 2012.

2. Government counsel agreed with defense counsel that it would not object to a brief additional extension of time for the defense filing. Defendant ultimately filed his brief on July 11, 2012 (an extension of five days).

3. The parties agree that the government may likewise have an

extension of time of five days to file its brief and shall do so no later than August 1, 2012.

Date: 27 July 2012          Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Tice-Raskin
S. ROBERT TICE-RASKIN
Assistant United States Attorney
Counsel for Plaintiff

/s/ Krista Hart[1]
KRISTA HART
Counsel for Defendant

IT IS SO ORDERED.

DATED: July 30, 2012.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.habeas
ifen0088.eot.2

---

[1] Ms. Hart authorized government counsel to execute this stipulation on her behalf on 27 July 2012.

2